THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| AMY BERG, : | |
| : | |
| Movant, : | |
| : | Criminal No. 3:19-cr-1-CAR-CHW-1 |
| v. : | |
| : | Civil No. 3:21-cv-10-CAR-CHW |
| UNITED STATES OF AMERICA, : | |
| : | Proceeding Under 28 U.S.C. § 2255 |
| Respondent. : | |
| : | |
| : | |

### ORDER ON RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Recommendation to deny Movant's Motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. Movant has filed an Objection to the Recommendation wherein she restates arguments and contentions that have been thoroughly and completely addressed in the Report and Recommendation. This Court has fully considered the record in this case and made a *de novo* determination of the portions of the Recommendation to which Movant objects. The Court finds Movant's Objection unpersuasive and agrees with the Recommendation to deny the petition. Accordingly, Movant's Objection [Doc. 156] is OVERRULED, and the Magistrate Judge's Report and Recommendation [Doc. 155] is **HEREBY ADOPTED**

1

**AND MADE THE ORDER OF THE COURT**. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 [Doc. 139] is **DENIED**. Additionally, because Movant has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is **DENIED**.

It is **SO ORDERED** this 4th day of January, 2022.

        S/ C. Ashley Royal_____
        C. ASHLEY ROYAL, SENIOR JUDGE
        UNITED STATES DISTRICT COURT